Karen Sue Naylor, Chapter 7 Trustee
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660-2098
karen@ringstadlaw.com
Telephone: (949) 851-7450

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION

In re: §
CARSON LABORATORIES, INC. , A NEVADA § Case No. 8:17-bk-14757-MW
 §
Debtor(s) §
 §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Karen Sue Naylor, Chapter 7 Trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $6,089,724.00 (Without deducting any secured claims) | Assets Exempt: NA |
| Total Distributions to Claimants: $10,667.60 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: $5,340.33 | |

3) Total gross receipts of $16,007.93 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $16,007.93 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $150,000.00 | $150,000.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | $5,340.33 | $5,340.33 | $5,340.33 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $22,500.00 | $29,746.12 | $29,746.12 | $10,667.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $7,291,957.87 | $1,365,535.89 | $1,368,335.89 | $0.00 |
| **TOTAL DISBURSEMENTS** | $7,464,457.87 | $1,550,622.34 | $1,403,422.34 | $16,007.93 |

4) This case was originally filed under chapter 7 on 12/06/2017. The case was pending for 20 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8.**  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated :    08/20/2019              By :    /s/ Karen Sue Naylor
                                                    Trustee

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4 (a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN. CODE [1] | AMOUNT RECEIVED |
|---|---|---|
| Franchise Tax Board, State of California | 1124-000 | $3,171.95 |
| Wells Fargo Business Checking 0901 | 1129-000 | $12,835.98 |
| **TOTAL GROSS RECEIPTS** | | **$16,007.93** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT PAID |
|---|---|---|---|
| NA | NA | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$0.00** |

**EXHIBIT 3 – SECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00004 | Mark C Barker | 4210-000 | $100,000.00 | $100,000.00 | $0.00 | $0.00 |
| 00006 | Jack O Scrivner | 4210-000 | $50,000.00 | $50,000.00 | $0.00 | $0.00 |
| | ML Asset Management | | NA | NA | NA | $0.00 |
| | ML Asset Management Inc. | | NA | NA | NA | $0.00 |
| | **TOTAL SECURED** | | **$150,000.00** | **$150,000.00** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN SUE NAYLOR | 2100-000 | NA | $2,350.79 | $2,350.79 | $2,350.79 |
| FRANCHISE TAX BOARD | 2820-000 | NA | $1,630.90 | $1,630.90 | $1,630.90 |
| HAHN FIFE & COMPANY, LLP | 3410-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| KAREN SUE NAYLOR | 2200-000 | NA | $342.80 | $342.80 | $342.80 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | NA | $15.84 | $15.84 | $15.84 |

| | | | | | |
|---|---|---|---|---|---|
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $5,340.33 | $5,340.33 | $5,340.33 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES AND CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| **TOTAL PRIOR CHAPTER ADMIN FEES AND CHARGES** | | NA | $0.00 | $0.00 | $0.00 |

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Department of Taxation | | NA | NA | NA | $0.00 |
| | Internal Revenue Service | | NA | NA | NA | $0.00 |
| | State Board of Equalization | | NA | NA | NA | $0.00 |
| 00002A | FRANCHISE TAX BOARD | 5800-000 | $0.00 | $2,546.12 | $2,546.12 | $913.10 |
| 00003A | Kathleen L Howard | 5300-000 | $10,000.00 | $1,500.00 | $1,500.00 | $537.93 |
| 00009A | Brown Jaynes | 5300-000 | NA | $12,850.00 | $12,850.00 | $4,608.31 |
| 00009B | Brown Jaynes | 5200-000 | NA | $0.00 | $0.00 | $0.00 |
| 00012A | Larry Hintz | 5300-000 | $12,500.00 | $12,850.00 | $12,850.00 | $4,608.26 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $22,500.00 | $29,746.12 | $29,746.12 | $10,667.60 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00016 | James J. Florance and Cynthia C. | 7200-000 | $30,000.00 | $0.00 | $0.00 | $0.00 |
| 00015 | Douglas LaPrade | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 |
| 00014 | Gerald S Kehler and Patricia M | 7100-000 | $25,000.00 | $12,500.00 | $12,500.00 | $0.00 |
| 00013 | Gene Sanders | 7100-000 | $200,000.00 | $200,000.00 | $200,000.00 | $0.00 |
| 00012B | Larry Hintz | 7100-000 | $316,941.67 | $348,591.67 | $348,591.67 | $0.00 |
| 00011 | Masao G Kato | 7100-000 | $50,000.00 | $50,000.00 | $50,000.00 | $0.00 |

UST Form 101-7-TDR (10/1/2010) (Page: 4)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 00010 | Gretchen F Anderson | 7100-000 | $25,000.00 | $25,000.00 | $25,000.00 | $0.00 |
| 00009C | Brown Jaynes | 7100-000 | $567,500.00 | $555,547.09 | $558,347.09 | $0.00 |
| 00008 | Cheryl Gardarian | 7100-000 | $10,000.00 | $10,000.00 | $10,000.00 | $0.00 |
| 00007 | Thomas E Walley | 7100-000 | $60,000.00 | $60,000.00 | $60,000.00 | $0.00 |
| 00005 | Copenbarger & Associates | 7100-000 | $22,250.05 | $22,419.30 | $22,419.30 | $0.00 |
| 00003B | Kathleen L Howard | 7100-000 | $34,310.00 | $31,060.00 | $31,060.00 | $0.00 |
| 00002B | FRANCHISE TAX BOARD | 7100-000 | NA | $417.83 | $417.83 | $0.00 |
| | Alber Family Trust Joseph Alber | | $34,500.00 | NA | NA | $0.00 |
| | Alex Shusko Hugh M Saddington | | $12,500.00 | NA | NA | $0.00 |
| | Allan Schubert | | $25,000.00 | NA | NA | $0.00 |
| | Arnold Laboratories | | $1,500.00 | NA | NA | $0.00 |
| | Ashley Emery Lance Emery | | $10,000.00 | NA | NA | $0.00 |
| | Assent Marketing & Media Dylan | | $150.00 | NA | NA | $0.00 |
| | Baldwin Marchack | | $25,000.00 | NA | NA | $0.00 |
| | Barbara J Sullivan | | $19,000.00 | NA | NA | $0.00 |
| | Bardin Family Trust Robert H | | $60,000.00 | NA | NA | $0.00 |
| | Brian Porter | | $50,000.00 | NA | NA | $0.00 |
| | Brice Revocable Trust | | $100,000.00 | NA | NA | $0.00 |
| | Brown Jaynes | | $3,697.09 | NA | NA | $0.00 |
| | Bruce May | | $50,000.00 | NA | NA | $0.00 |
| | Bulls' Eye Packaging | | $4,714.60 | NA | NA | $0.00 |
| | Burdick Mills Ray | | $76,444.00 | NA | NA | $0.00 |
| | Burke Family Trust | | $75,750.00 | NA | NA | $0.00 |
| | Carol A Locke MD | | $25,000.00 | NA | NA | $0.00 |
| | Carson Laboratories IP | | NA | NA | NA | $0.00 |
| | Chisholm Family Trust Richard | | $150,000.00 | NA | NA | $0.00 |
| | Cliff Kim Amy Kim | | $25,000.00 | NA | NA | $0.00 |
| | Dan Callahan Callahan & Blaine | | $110,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Deedreea E Rich IRA | | $5,000.00 | NA | NA | $0.00 |
| | Diana C Levinson | | $25,000.00 | NA | NA | $0.00 |
| | Don Lee Equity Trust Company | | $19,340.00 | NA | NA | $0.00 |
| | Ed McLaren | | NA | NA | NA | $0.00 |
| | Ellen Lewis | | $200,000.00 | NA | NA | $0.00 |
| | Endodontic Associates PA Herb | | $20,000.00 | NA | NA | $0.00 |
| | Ernest Casares Chanel Casares | | $25,000.00 | NA | NA | $0.00 |
| | Fred Kamgar | | $145,000.00 | NA | NA | $0.00 |
| | Fred Kamgar | | $9,000.00 | NA | NA | $0.00 |
| | Fred Kamgar | | $30,000.00 | NA | NA | $0.00 |
| | Gary Legrand | | $153,000.00 | NA | NA | $0.00 |
| | Gene Sanders | | $25,000.00 | NA | NA | $0.00 |
| | Gene Sanders | | $100,000.00 | NA | NA | $0.00 |
| | Gerald R Moffatt Revocable | | $30,000.00 | NA | NA | $0.00 |
| | Greg Vigoren DDS | | $38,000.00 | NA | NA | $0.00 |
| | Greg Vigoren DDS | | $954.65 | NA | NA | $0.00 |
| | Gustavo Daniel Bogo | | $40,000.00 | NA | NA | $0.00 |
| | Harvey Pollel | | $90,000.00 | NA | NA | $0.00 |
| | Herman Carstens Zaida Carstens | | $60,000.00 | NA | NA | $0.00 |
| | Hwang Community Property | | $57,500.00 | NA | NA | $0.00 |
| | ICG & CO | | NA | NA | NA | $0.00 |
| | Iris Frankel Arnold Frankel | | $30,000.00 | NA | NA | $0.00 |
| | James F Browne III | | $50,000.00 | NA | NA | $0.00 |
| | James H Lewis, IRA | | $60,000.00 | NA | NA | $0.00 |
| | James J Florance Cynthia C | | $100,000.00 | NA | NA | $0.00 |
| | Janice Sanders | | NA | NA | NA | $0.00 |
| | Jeffery Hamilton | | $25,000.00 | NA | NA | $0.00 |
| | Jeffrey B McShea Karan Ann | | $28,750.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Jeffrey M Web | | $165,000.00 | NA | NA | $0.00 |
| | Jennan P Earle | | $10,000.00 | NA | NA | $0.00 |
| | John E Jackson | | $25,000.00 | NA | NA | $0.00 |
| | John Fyke Marlis Fyke | | $25,000.00 | NA | NA | $0.00 |
| | John Karuna Cayton | | $30,000.00 | NA | NA | $0.00 |
| | John P Earle | | $177,000.00 | NA | NA | $0.00 |
| | John P Eriksmoen DDS Inc | | $150,000.00 | NA | NA | $0.00 |
| | John T Chapman Trust | | $50,000.00 | NA | NA | $0.00 |
| | Jose M Valez Trust Angela J Valez | | $25,000.00 | NA | NA | $0.00 |
| | JP Gough | | $20,000.00 | NA | NA | $0.00 |
| | Judith M Brady | | $25,000.00 | NA | NA | $0.00 |
| | Juliana Gambrell | | $50,000.00 | NA | NA | $0.00 |
| | Just Call Dave | | $1,800.00 | NA | NA | $0.00 |
| | Kiki Cayton Jones Trust | | $100,000.00 | NA | NA | $0.00 |
| | Kimberlee Drake | | $5,000.00 | NA | NA | $0.00 |
| | Kozo Shimano Separate Property | | $100,000.00 | NA | NA | $0.00 |
| | L.O. Hintz | | $50,000.00 | NA | NA | $0.00 |
| | Larry Hintz | | $230,000.00 | NA | NA | $0.00 |
| | Lauren E Martin Aaron M | | NA | NA | NA | $0.00 |
| | Lynn B O'Riley Trust | | $35,000.00 | NA | NA | $0.00 |
| | Mark C Barker | | $36,000.00 | NA | NA | $0.00 |
| | Mark C Barker | | $155,000.00 | NA | NA | $0.00 |
| | Mark C Barker | | NA | NA | NA | $0.00 |
| | Mark Earle Christina Earle | | $10,000.00 | NA | NA | $0.00 |
| | Mary F Hannenberg | | $25,000.00 | NA | NA | $0.00 |
| | Mary Lou Sullivan | | $76,000.00 | NA | NA | $0.00 |
| | Melia Denis Michael Denis | | $1,830.81 | NA | NA | $0.00 |
| | Melia Denis Michael Denis | | $10,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Michael Arnold | | $155,000.00 | NA | NA | $0.00 |
| | Michael Arnold | | $1,525.00 | NA | NA | $0.00 |
| | Michael C Pennino Christine M | | $25,000.00 | NA | NA | $0.00 |
| | Moira Kamgar | | $145,000.00 | NA | NA | $0.00 |
| | Neil Starr Neil L Starr Trust | | $25,000.00 | NA | NA | $0.00 |
| | Nicholas George Raimes O'Riley | | $51,000.00 | NA | NA | $0.00 |
| | Nicholas O'Riley | | NA | NA | NA | $0.00 |
| | Nichter-Bryan Family Trust | | $42,500.00 | NA | NA | $0.00 |
| | NU-Born Express | | $500.00 | NA | NA | $0.00 |
| | Pacific Enter For Plastic Surgery | | $32,500.00 | NA | NA | $0.00 |
| | Patricia J Beaver | | $10,000.00 | NA | NA | $0.00 |
| | Paul Fruchbom Retirement Trust | | $35,000.00 | NA | NA | $0.00 |
| | Per Welinder | | $28,750.00 | NA | NA | $0.00 |
| | Peter Gray & Associates | | $245,000.00 | NA | NA | $0.00 |
| | Peter Gray Diane Gray | | $72,500.00 | NA | NA | $0.00 |
| | Peter Gray Diane Gray | | $75,000.00 | NA | NA | $0.00 |
| | Ploycomp Trust Company | | $21,750.00 | NA | NA | $0.00 |
| | Polycomp Trust Susan Shusko | | $12,500.00 | NA | NA | $0.00 |
| | Raluy Family Trust George Raluy | | $175,000.00 | NA | NA | $0.00 |
| | Richard Allan Straton BJ Sullivan | | $154,000.00 | NA | NA | $0.00 |
| | Richard M Weil | | $25,000.00 | NA | NA | $0.00 |
| | Robert G Burns | | $75,000.00 | NA | NA | $0.00 |
| | Rodney D Gypin | | $25,000.00 | NA | NA | $0.00 |
| | Saadeh Hatter | | $75,000.00 | NA | NA | $0.00 |
| | Shadetree Trust Roy Stone | | $75,000.00 | NA | NA | $0.00 |
| | Sherri Andrade Living Trust Kevin | | $80,000.00 | NA | NA | $0.00 |
| | Teruo Yamamoto DDS | | $25,000.00 | NA | NA | $0.00 |
| | Tom H Fuller Kathy Fuller | | $60,000.00 | NA | NA | $0.00 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (FROM Form 6F) | CLAIMS ASSERTED (FROM Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Vigoren Trust | | $50,000.00 | NA | NA | $0.00 |
| | Vincent Kokich Michelle Kokich | | $25,000.00 | NA | NA | $0.00 |
| | Wilhelm Family Trust Paula | | $85,000.00 | NA | NA | $0.00 |
| | William Comrie Tempic Five LLC | | $156,000.00 | NA | NA | $0.00 |
| | Yu Revocable Living Truste | | $25,000.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $7,291,957.87 | $1,365,535.89 | $1,368,335.89 | $0.00 |

Page 1

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 17-14757    Judge: Mark S. Wallace    Trustee Name: Karen Sue Naylor
Case Name: CARSON LABORATORIES, INC. , A NEVADA    Date Filed (f) or Converted (c): 12/06/2017 (f)
341(a) Meeting Date: 01/17/2018
For Period Ending: 08/20/2019    Claims Bar Date: 06/04/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 1. Cash on hand | 0.00 | 0.00 | | 0.00 | FA |
| 2. Wells Fargo Business Checking 0901<br>See also Asset No. 6 | 200.00 | 12,835.98 | | 12,835.98 | FA |
| 3. Other inventory or supplies<br>Inventory on the books $48,934.96<br>Miscellaneous raw materials<br>Liquidation value $4,800.00 | 4,800.00 | 0.00 | | 0.00 | FA |
| 4. Licenses, franchises, and royalties<br>A license agreement dated 06/23/14 between Carson Laboratories IP and Carson Laboratories Inc. for use of trademark, patents and applications of including but not limited to plaque absorbgant oral compound, oral hygienne composition and apparatus and anitplaque oral composition. Per notice dated 08/25/17 the license agreement was to terminate in 30 days for breach of agreement by Carson Laboratories Inc tor its failure to pay royalties. On September 28, 2017 notice was served that said license agreement terminated. | 0.00 | 0.00 | | 0.00 | FA |
| 5. Net Operating Loss (estimated)<br>Tax year 2017<br><br>Pursuant to Amended Schedules filed 03/30/18 [Doc 13], asset value changed from $5,996,247.90 to $6,084,924.00<br><br>Upon unsuccessful attempts to sell this asset, the Trustee determined it had no value to the estate. | 6,084,924.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR (10/1/2010) (Page 10)    Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No: 17-14757                                 Judge: Mark S. Wallace                                 Trustee Name: Karen Sue Naylor
Case Name: CARSON LABORATORIES, INC. , A NEVADA                                                          Date Filed (f) or Converted (c): 12/06/2017 (f)
                                                                                                         341(a) Meeting Date: 01/17/2018
For Period Ending: 08/20/2019                                                                            Claims Bar Date: 06/04/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |
| 6.  Franchise Tax Board, State of California holds $14,000 as and for tax refund less $2400 for 3 years $800 payments for net refund of $11,600--Tax Refund

Pursuant to Amended Schedules filed 03/30/18 [Doc 13], value changed from $11,600.00 to $15,343.77 and description changed to: Franchise Tax Board, State of California, holds $14,000 as and for tax refund less $2400 for 3 years $800 payments for net refund of $15,343.77--Tax Refund***$15,343.77 refund amount paid to chapter 7 trustee

Trustee informed that some of the tax refunds were deposited into the Wells Fargo Business Checking 0901 account, and as a result, are set forth in Asset No. 2 | 15,343.77 | 3,171.95 | | 3,171.95 | FA |
| | | | | | **Gross Value of Remaining Assets** |
| TOTALS (Excluding Unknown Values) | 6,105,267.77 | 16,007.93 | | 16,007.93 | 0.00 |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**TAXES - An accountant has been employed on a flat fee basis; Tax returns have been prepared and a tax clearance letter has been received**
**ASSETS - Funds on Deposit at Wells Fargo Bank; State Tax Refund**
**INSURANCE - None required**
**LITIGATION - None pending**
**OPERATING ORDER - None required**
**STATUS - Detailed narrative to follow:**
**On December 6, 2017, the Debtor filed a voluntary petition for relief under Chapter 7 of Title 11, United States Code. The original Section 341(a) hearing was scheduled for January 17, 2018. The Debtor and its counsel**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No: 17-14757 | Judge: Mark S. Wallace | Trustee Name: Karen Sue Naylor |
|---|---|---|
| Case Name: CARSON LABORATORIES, INC., A NEVADA | | Date Filed (f) or Converted (c): 12/06/2017 (f) |
| | | 341(a) Meeting Date: 01/17/2018 |
| For Period Ending: 08/20/2019 | | Claims Bar Date: 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

appeared and the hearing was thereafter continued a few times and ultimately concluded on May 23, 2018.

Among the assets of the estate, the Debtor listed a Wells Fargo Business Checking 0901 with a value of $200.00; a Net Operating Loss (estimated) with a value of $5,996,247.90, which was later amended to $6,084,924.00; and a State tax refund in the amount of $11,600.00, which was later amended to $15,343.77.

After the filing of the case, on December 8, 2017, the Trustee received an email from Wells Fargo Bank informing the Trustee of funds on deposit in the amount of $201.97 that were being held pending further instructions from the Trustee.

Because of the potential assets, the Trustee immediately conducted investigations to determine whether there were any secured creditors with a UCC-1 filing and requested extensive documents including a list of owners of Carson Laboratories, IP; a list of shareholders; tax returns; copies of the most recent P&L and balance sheet; and bank statements. The Trustee also confirmed that the majority of the shareholders listed in Schedule F held equity interests and investigated whether there were any payments made to insiders.

At the Section 341(a) hearing, the Debtor's principal informed the Trustee that additional funds had been deposited into the Wells Fargo account. These funds included a portion of the State tax refund scheduled by the Debtor. The Trustee contacted Wells Fargo and was informed that the balance was now $12,835.98 as a result of a deposit in the amount of $12,634.01 received on December 12, 2017.

The Trustee ultimately confirmed that the UCCs that had been recorded only attached to the items subject to the license and were not blanket UCCs that would attach to the bank account. On March 1, 2018, the Trustee contacted Wells Fargo and demanded turnover of the funds on deposit. On March 9, 2018, the Trustee received and deposited a check in the amount of $12,835.98 from Wells Fargo Bank.

The Trustee also received from the Debtor's principal a check in the amount of $3,171.95 from the Franchise Tax Board as the remaining State tax refunds. The Trustee deposited these funds into the estate's account on March 1, 2018.

As indicated above, on its Schedule A/B, the Debtor listed an estimated Net Operating Loss ("NOL") in the amount of $5,996,247.90. In its amended schedules filed March 30, 2018, the Debtor increased the value in the NOL to $6,084,924.00. The Trustee also learned from the Debtor's principal that there might be parties interested in purchasing the NOL.

In her investigations, and after consulting with her accountant, the Trustee was informed that it was very difficult to sell an NOL. Any potential buyer would have to have a similar corporate structure. If the company paid taxes within the last two years, they could use the 2017 loss against any taxes that may have been paid in 2015 and 2016.

Ultimately, the Trustee was informed that the Debtor's principal had spoken to a shareholder who agreed to lend a related company $20,000.00 to purchase the assets of the Debtor including the NOL.

The Trustee accepted the offer and advised them that the sale would be subject to approval by the bankruptcy court, and would be subject to overbid on an as is, where is basis and without any representations or warranties of any kind, including, without limitation, any representations or warranties with regard to the form of transfer of the NOLs. The Trustee would also not make any warranties or representations regarding any

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-14757 | Judge: Mark S. Wallace | Trustee Name: Karen Sue Naylor |
|---|---|---|
| Case Name: CARSON LABORATORIES, INC., A NEVADA | | Date Filed (f) or Converted (c): 12/06/2017 (f) |
| | | 341(a) Meeting Date: 01/17/2018 |
| For Period Ending: 08/20/2019 | | Claims Bar Date: 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

buyer's ability to utilize such NOL. Lastly, it would be up to the potential buyer to conduct its own investigations and determine the form of documentation to effectuate such a transfer.

Afterwards, the potential buyer was confused by the need to have a sale approved by the Court and be subject to overbid. The Trustee advised him that she could not give legal advice and suggested that he consult with his own attorneys or accountants.

Thereafter, the Trustee was ultimately informed that after in depth discussions with their CPA and attorneys, the potential buyer decided that it was not in his best interest to commit the funds to the purchase of the assets of the Debtor including the NOLs.

At a continued Section 341(a) hearing, the Trustee was informed that the Debtor would be amending the schedules to list additional creditors. Consequently, the Trustee delayed requesting that a claims bar date be set so that all creditors would receive proper notice. In discussing this with Debtor's counsel, Mr. Daff assured the Trustee that upon adding the additional creditors, he would serve them with the claims bar date notice.

On February 27, 2018, the Trustee filed the notification of asset case to set the claims bar date, and the claims bar date and the government claims bar date were both set for June 4, 2018. Upon expiration of the claims bar date, the Trustee reviewed and analyzed the claims and objections were required to three claims.

Claim No. 4-1 filed by Marko C. Barker on March 9, 2018, was filed as a secured claim in the amount of $100,000.00. The documentation attached to the claim provided that the basis for the claim was a $100,000.00 loan secured by a UCC Financing Statement & UCC Filing Acknowledgment. The UCC appeared to attach to specific property identified as intellectual property of Mike Arnold and numerous patents and trademarks.

Because the Trustee did not administer the Debtor's intellectual property, on March 8, 2019, the Trustee filed a motion to disallow Claim No. 4-1. The hearing was set for April 8, 2019.

Claim No. 9-1 filed by Brown Jaynes on March 23, 2018, was filed in the total amount of $571,197.09 for services rendered and company expenses paid of which $12,850.00 was asserted as a priority wage claim under 11 U.S.C. Section 507(a), and $2,800.00 was asserted as being entitled to priority for recent loans to the company.

The Trustee had no objection to the $12,850.00 asserted as a priority wage claim but did object to the $2,800.00 asserted as a priority claim for loans as there was no legal basis provided to support that the $2,800.00 in pre-petition loans should be characterized as a priority claim. As a result, on March 8, 2019, the Trustee filed a motion to disallow Claim No. 9-1. The hearing was set for April 8, 2019.

Claim No. 6-1 filed by Jack O. Scrivner on March 12, 2018, was filed as a secured claim in the amount of $50,000.00. The documentation attached to the claim provided that the basis for the claim was the purchase of 12,500 shares of common stock, supported by a stock certificate dated 8/16/2012. The Debtor's schedules identified Mr. Scrivner as a shareholder, and as a result, the Trustee determined that the claim was premised on the ownership of stock in Carson Laboratories, Inc. rather than the establishment of a claim against the Debtor's estate.

On March 8, 2019, the Trustee filed a motion to disallow Claim No. 6-1 and the hearing was set for April 8, 2019.

While the motions were pending, on March 18, 2019, James J. Florance and Cynthia C. Florance, filed Claim No. 16-1 in the amount of $130,000.00 as a general unsecured claim. The basis for the claim was also stock

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

Case No: 17-14757  
Case Name: CARSON LABORATORIES, INC. , A NEVADA  
Judge: Mark S. Wallace  
Trustee Name: Karen Sue Naylor  
Date Filed (f) or Converted (c): 12/06/2017 (f)  
341(a) Meeting Date: 01/17/2018  
For Period Ending: 08/20/2019  
Claims Bar Date: 06/04/2018

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

ownership.

Because the claim was filed after the claims bar date and the basis of the claim was the same as that in the pending objection to Claim No. 6-1, the Trustee contacted the Claimants and provided them with a copy of the objection to Claim No. 6-1 for their review and requested that they withdraw Claim No.16-1 in order to avoid an objection by the Trustee. On March 29, 2019, a notice of withdrawal was filed.

Pursuant to order entered April 11, 2019, Claim No. 4-1 was allowed as a secured claim only, not entitled to distribution from the estate; Claim No. 6-1 was disallowed in its entirety and reclassified as an interest in the Debtor corporation; and Claim No. 9-1 was allowed as an unsecured claim for $558,347.09, a priority wage claim for $12,850.00, and the $2,800.00 portion was reclassified as an unsecured claim.

In addition to the priority wage claim filed by Brown Jaynes as discussed above, two other priority wage claims were filed. Claim No. 3-1 filed by Kathleen L. Howard in the amount of $1,500.00, and Claim No. 12-1 filed by Larry Hintz in the amount of $12,850.00. The Trustee had no objection to these claims and confirmed that all wage claimants were all 1099 recipients.

As discussed above, the Trustee had consulted with her accountant with respect to the NOL issues, and in anticipation of the necessity to prepare estate tax returns, the Trustee discussed with her accountant the possibility of employing him on a flat fee basis. The accountant agreed. On September 21, 2018, the Trustee forwarded a copy of the case files to Don Fife of Hahn Fife & Company, LLP to become employed as the estate's accountant.

On November 16, 2018, the motion under LBR 2016-2 was filed and served on the interested parties, and by order entered December 19, 2018, the Court approved the flat fee employment of the accountant. On April 8, 2019, the Trustee issued the flat fee to Hahn Fife & Company, LLP.

Concurrently, the Trustee requested preparation of the estate's final tax returns. On October 9, 2018, the Trustee received, reviewed, executed, and returned to the accountants for filing with the taxing authorities the estate's final tax returns. On November 27, 2018, the Trustee received the tax clearance letter.

On April 8, 2019, the Trustee filed and served the notice to professionals, and the request for court costs. On April 8, 2019, the clerk docketed the notice of court costs which indicated that no costs were due.

12/06/17 - Chapter 7 Petition filed  
12/08/17 - Email from Wells Fargo re frozen funds--$201.97 [printed and in Docs]  
12/08/17 - Per Don -- I would ask for 2015 and 2016 but you are right, I can't see how they would have paid much in taxes given the low amount of gross income. I would also ask for the latest income statement for 2017 and for the latest balance sheet.  
12/15/17 - Rec'd 2012 tax returns and copies of UCC Search info  
12/21/17 - KSN emails counsel and requests list of owners of Carson Laboratories, IP; have tax returns been prepared for any years after 2012?; please provide the most recent P&L and balance sheet.

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-14757 | Judge: Mark S. Wallace | Trustee Name: Karen Sue Naylor |
|---|---|---|
| Case Name: CARSON LABORATORIES, INC. , A NEVADA | | Date Filed (f) or Converted (c): 12/06/2017 (f) |
| | | 341(a) Meeting Date: 01/17/2018 |
| For Period Ending: 08/20/2019 | | Claims Bar Date: 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

01/11/18 - Daff informs KSN unavailable for 1/17 341(a) hearing
01/11/18 - KSN emails re status of documents
01/13/18 - KSN emails Daff again re status of documents
01/16/18 - Email from Daff attaching certain docs--#1 Balance Sheet/Profit Loss 2017; #2 Wells Fargo Bank Statements; #3 Shareholder List; #4 License Agreement/Breach Letters [saved in Docs]
01/17/18 - Original 341(a) Hearing - All appeared; Debtor to amend to update debts owed to principal; update petition as of filing date; Trustee to review bank statements produced at hearing and determine if additional ones needed; contact info for parties interested in purchasing NOL, provide current amount in Wells Fargo account; produce tax returns from 2013 to 2015; cont'd to 02/21/18
01/18/18 - Email to/from Wells Fargo--current amount in Account No. 0901 is $12,835.98
01/18/18 - Email from Trustee to Daff requesting 2013 through 2015 tax returns, and: 1. The UCC's that were recorded only appear to pertain to the items subject to the license, they are not blanket UCC's covering bank accounts – is that your understanding? 2. Schedule F sets forth substantial debt however a good percentage of the parties listed indicate that the basis for the debt is "Shareholder". In those circumstances, are they debt or equity? I am trying to get a clear picture of what is actually debt of the company. 3. Please confer with Mr. Jayne regarding the parties interested in the NOL or whether Carson IP may have an interest. He indicated he would send out feelers on this issue. 4. Mr. Jayne indicated that he had prepared the last tax returns – does he intend on preparing the 2016 tax return?
01/18/18 - Emails from Daff attaching balance sheet, 2013 taxes, 2014 taxes, UCC search, spreadsheet for shareholders [saved in Docs]
02/16/18 - Email from Daff attaching ledger of checks written [printed and saved in Docs]
02/21/18 - Continued 341(a) Hearing - All appeared; Debtor to update financials with any changes or contributions so accurate as of date of filing; prepare 2016 tax return (by 04/01/18) and confirm 2012-2015 were filed and produce 2015-2016 returns; Debtor's principal to make proposal to purchase NOL; list of non-equity claimants; permission for Trustee and her accountant to speak to principal directly; cont'd to 05/23/18
02/27/18 - Trustee files Notification of Asset Case--Claims Bar Date 06/04/18; Gov't 06/04/18
03/01/18 - Trustee deposits one (1) check in the amount of $3,171.95 from State of California--FTB as 2013 tax refund
03/01/18 - Executed request for turnover of funds emailed to Wells Fargo
03/09/18 - Trustee deposits one (1) check in the amount of $12,835.98 from Wells Fargo Bank as turnover of funds on deposit
03/30/18 - Trustee served with Amended Schedules [Doc 13]
04/11/18 - Rec'd 2015, 2016 & 2017 taxes; bank statements & creditor list [saved in docs]
05/10/18 - KSN receives email from Brown Jaynes re interested party in purchasing NOL for $20k
05/16/18 - KSN sends response email:forward the contact information to me and a letter or email from the potential buyer indicating that he is offering to purchase the NOL for the $20,000 subject to overbid on an "as is, where is" basis and that he acknowledges that I am making no warranties or representations regarding the alleged NOL set forth in the Schedules and any buyer's ability to utilize such NOL. While I understand that the buyer may attempt to benefit from the NOL, I also do not make any warranties or representations regarding the form of the transfer of the NOL and that the buyer must prepare and provide any documentation he/she requires prior to filing to the motion (so that it can be included in the motion) in order to effectuate the transfer of the NOL.
05/20/18 - KSN sends email to Jayne re followup to 5/16/18 email
05/23/18 - Email from Brown Jaynes re Mr. Hintz has decided not to commit his funds to the purchase of the Debtor's assets
05/23/18 - Continued 341(a) Hearing - Appearance excused; Hearing concluded--Asset case (Claims bar date previously set)
06/04/18 - Claims Bar Date; Gov't Bar Date
06/16/18 - Email to Don re possible flat fee employment; Don will discuss with Trustee
07/05/18 - Trustee prepares claims analysis
08/27/18 - Stop fee flag released

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

| Case No: 17-14757 | Judge: Mark S. Wallace | Trustee Name: Karen Sue Naylor |
|---|---|---|
| Case Name: CARSON LABORATORIES, INC. , A NEVADA | | Date Filed (f) or Converted (c): 12/06/2017 (f) |
| | | 341(a) Meeting Date: 01/17/2018 |
| For Period Ending: 08/20/2019 | | Claims Bar Date: 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

09/21/18 - Email to Don re commencing flat fee employment motion and requesting preparation of tax returns
10/09/18 - Trustee reviews, executes, and returns estate's final tax returns to Accountant
10/22/18 - Taxing authorities receipt date--60 days 12/22/18
11/16/18 - Trustee files Trustee's Notice of Motion and Motion Under LBR 2016-2 for: Authorization to Pay Flat Fee to Tax Preparer [Doc 16]
11/27/18 - Tax Clearance Letter dated 11/14/18 received
12/19/18 - Order [Doc 18] on Trustee's Motion Under LBR 2016-2 for Authorization to Employ Paraprofessionals and/or Authorization to Pay Flat Fee to Tax Preparer
02/01/19 - Trustee issues Check No. 51001 in the amount of $15.84 to International Sureties in payment of Annual Bond Premium
03/02/19 - KSN emails with Brown Jayne re validity of wage claims and confirms they were 1099 employees
03/04/19 - KSN speaks with Andrew at FTB and confirms accuracy of Claim No. 2 and informed Claim No.1 will be amended.
03/08/19 - Trustee files Chapter 7 Trustee's Motion for Order Disallowing Claim No. 4-1 Filed by Marko C. Barker; hrg 04/08/19 2:00 6C
03/08/19 - Trustee files Chapter 7 Trustee's Motion for Order Disallowing $2,800.00 of Claim No. 9-1 Filed by Brown Jaynes as a Priority Claim and Reclassifying It as a General Unsecured Claim; hrg 04/08/19 2:00 6C
03/08/19 - Trustee files Chapter 7 Trustee's Motion for Order Disallowing Claim No. 6-1 Filed by Jack O. Scrivner; hrg 04/08/19 2:00 6C
04/08/19 - Trustee issues Check No. 51002 in the amount of $1,000.00 to Hahn Fife & Company, LLP in payment of Flat Fee pursuant to order entered 12/19/18 [Doc 18]
04/08/19 - Trustee files Notice to Professionals to File Applications for Compensation; and Request for Court Costs; 21-day deadline 04/29/19
04/08/19 - Hearing 2:00 on Trustee's objection to claims
04/08/19 - Notice to Pay Court Costs Due docketed--$0.00
04/11/19 - Order [Doc 33] on Objections to Claims--Ordered: Claim No. 4-1 is allowed as a secured claim only, not entitled to distribution from the estate; Claim No. 6-1 is disallowed in its entirety and reclassified as an interest in the Debtor corporation; Claim No. 9-1 reclassify $2,800.00 portion of claim as an unsecured claim
04/30/19 - Trustee begins preparation of the Uniform Final Report
05/01/19 - Trustee serves Final Report on Office of the United States Trustee for review, comment and/or approval; 60-day deadline on 06/30/19
05/01/19 - Trustee files Chapter 7 Trustee's Notice of Submission of Final Report to U.S. Trustee [Doc 38]
05/31/19 - Email from Philip Green re okay to get hearing date
05/31/19 - AC accessed Judge Wallace's self-calendar and obtained hearing date of 07/08/19 2:00 6C
05/31/19 - AC revised NFR with hearing date and time and electronically submitted all Uniform Reports to Phil Green at OUST
05/31/19 - OUST approves and files TFR and Notice [Docs 39&40]
06/02/19 - Notice served by BNC [Doc 41]
06/03/19 - Trustee efiles Chapter 7 Trustee's Declaration in Support of Trustee's Final Report [Doc 43]
07/08/19 - Hearing on TFR 2:00 6C (AC lodged order #8513379.doc)
07/15/19 - Stop payment placed on Check No. 51002 as Don never received it
07/15/19 - Order [Doc 46] on Final Fee Applications Allowing Payment of: (1) Court and U.S. Trustee Fees; and (2) Final Fees and Expenses of Trustee and Professionals
07/16/19 - Trustee issues replacement Check No. 51003 in the amount of $1,000.00 to Hahn Fife & Company, LLP in payment of Flat Fee pursuant to order entered 12/19/18 [Doc 18]
07/16/19 - Trustee issues Check Nos. 51004 through 51012 as Final Checks pursuant to Order entered 07/15/19

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: 17-14757 | Judge: Mark S. Wallace | Trustee Name: Karen Sue Naylor |
|---|---|---|
| Case Name: CARSON LABORATORIES, INC. , A NEVADA | | Date Filed (f) or Converted (c): 12/06/2017 (f) |
| | | 341(a) Meeting Date: 01/17/2018 |
| For Period Ending: 08/20/2019 | | Claims Bar Date: 06/04/2018 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

**Initial Projected Date of Final Report(TFR) :** 06/30/2020     **Current Projected Date of Final Report(TFR) :** 06/30/2020

**Trustee's Signature**    /s/Karen Sue Naylor                **Date:** 08/20/2019
Karen Sue Naylor
4343 Von Karman Avenue, Suite 300
Newport Beach, CA 92660-2098
Phone : (949) 748-7936

Case 8:17-bk-14757-MW    Doc 48    Filed 08/30/19    Entered 08/30/19 12:01:23    Desc
Main Document    Page 18 of 20

# FORM 3
## ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: 17-14757 | Trustee Name: Karen Sue Naylor |
| Case Name: CARSON LABORATORIES, INC., A NEVADA | Bank Name: Texas Capital Bank |
| | Account Number/CD#: ******7786 Checking Account |
| Taxpayer ID No: **-***5469 | Blanket bond (per case limit): 5,000,000.00 |
| For Period Ending: 8/20/2019 | Separate bond (if applicable): 0.00 |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 03/01/2018 | [6] | STATE OF CALIFORNIA--FRANCHISE TAX BOARD | 2013 Tax Refund--Check No. 67-747419, dated 11/14/17 | 1124-000 | 3,171.95 | | 3,171.95 |
| 03/09/2018 | [2] | WELLS FARGO BANK | Turnover of Funds on Deposit--Cashier's Check No. 0000176175, dated 03/05/18 | 1129-000 | 12,835.98 | | 16,007.93 |
| 02/01/2019 | 51001 | INTERNATIONAL SURETIES, LTD. One Shell Square 701 Poydras Street, Suite 420 New Orleans, LA 70139 | Bond Premium-Blanket Bond No. 016030867, Term 01/04/19 to 01/04/20 | 2300-000 | | 15.84 | 15,992.09 |
| *04/08/2019 | 51002 | HAHN FIFE & COMPANY, LLP 790 EAST COLORADO BLVD., 9TH FLOOR PASADENA, CA 91101 | Flat Fee paid pursuant to Order entered 12/19/18 [Doc 18] on Trustee's Motion Under LBR 2016-2 for Authorization to Pay Flat Fee to Tax Preparer<br><br>07/15/19 - Check lost in transit. Stop payment placed. | 3410-004 | | 1,000.00 | 14,992.09 |
| *07/15/2019 | | HAHN FIFE & COMPANY, LLP 790 EAST COLORADO BLVD., 9TH FLOOR PASADENA, CA 91101 | Stop Payment on Check 51002 | 3410-004 | | (1,000.00) | 15,992.09 |
| 07/16/2019 | 51003 | HAHN FIFE & COMPANY, LLP 790 EAST COLORADO BLVD., 9TH FLOOR PASADENA, CA 91101 | Flat Fee paid pursuant to Order entered 12/19/18 [Doc 18] on Trustee's Motion Under LBR 2016-2 for Authorization to Pay Flat Fee to Tax Preparer<br><br>[Replacement for Check No. 51002 that was lost in transit] | 3410-000 | | 1,000.00 | 14,992.09 |
| 07/16/2019 | 51004 | KAREN SUE NAYLOR | Trustee's Compensation--R&S prorata portion | 2100-000 | | 1,816.13 | 13,175.96 |
| | | | Page Subtotals | | 16,007.93 | 2,831.97 | |

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-14757  
Case Name: CARSON LABORATORIES, INC. , A NEVADA  
Taxpayer ID No: **-***5469  
For Period Ending: 8/20/2019  

Trustee Name: Karen Sue Naylor  
Bank Name: Texas Capital Bank  
Account Number/CD#: ******7786 Checking Account  
Blanket bond (per case limit): 5,000,000.00  
Separate bond (if applicable): 0.00  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/16/2019 | 51005 | KAREN SUE NAYLOR | Trustee's Expenses--R&S prorata portion | 2200-000 | | 317.60 | 12,858.36 |
| 07/16/2019 | 51006 | KAREN SUE NAYLOR<br>c/o Burd & Naylor | Trustee's Compensation--B&N prorata portion | 2100-000 | | 534.66 | 12,323.70 |
| 07/16/2019 | 51007 | KAREN SUE NAYLOR<br>c/o Burd & Naylor<br>4343 Von Karman Ave, Suite 300<br>Newport Beach, CA 92660 | Trustee's Expenses--B&N prorata portion | 2200-000 | | 25.20 | 12,298.50 |
| 07/16/2019 | 51008 | FRANCHISE TAX BOARD<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | FINAL DISTRIBUTION pursuant to Order entered 07/15/19 [Doc 46] | 2820-000 | | 1,630.90 | 10,667.60 |
| 07/16/2019 | 51009 | FRANCHISE TAX BOARD<br>Bankruptcy Section MS A340<br>PO Box 2952<br>Sacramento, CA 95812 | Disb of 35.86% to Claim #00002A<br>FINAL DISTRIBUTION pursuant to Order entered 07/15/19 [Doc 46] | 5800-000 | | 913.10 | 9,754.50 |
| 07/16/2019 | 51010 | Kathleen L Howard<br>623 S Shields Dr<br>Anaheim, CA 92804 | Disb of 35.86% to Claim #00003A<br>FINAL DISTRIBUTION pursuant to Order entered 07/15/19 [Doc 46] | 5300-000 | | 537.93 | 9,216.57 |
| 07/16/2019 | 51011 | Brown Jaynes<br>521 Rhythm<br>Irvine, CA 92603 | Disb of 35.86% to Claim #00009A<br>FINAL DISTRIBUTION pursuant to Order entered 07/15/19 [Doc 46] | 5300-000 | | 4,608.31 | 4,608.26 |
| | | | Page Subtotals | | 0.00 | 8,567.70 | |

FORM 3
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 17-14757 | Trustee Name: | Karen Sue Naylor |
| Case Name: | CARSON LABORATORIES, INC. , A NEVADA | Bank Name: | Texas Capital Bank |
| | | Account Number/CD#: | ******7786 Checking Account |
| Taxpayer ID No: | **-***5469 | Blanket bond (per case limit): | 5,000,000.00 |
| For Period Ending: | 8/20/2019 | Separate bond (if applicable): | 0.00 |

| 1 | 2 | 3 | 4 | 5 | | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or [Refer#] | Paid To / Received From | Description of Transaction | Uniform Trans. Code | Deposits($) | Disbursements($) | Account/ CD Balance($) |
| 07/16/2019 | 51012 | Larry Hintz<br>29 Carolina Cherry Dr<br>Las Vegas, NV 89141 | Disb of 35.86% to Claim #00012A<br>FINAL DISTRIBUTION pursuant to Order entered 07/15/19 [Doc 46] | 5300-000 | | 4,608.26 | 0.00 |
| | | | | Page Subtotals | 0.00 | 4,608.26 | |

|   |   |   |
|---|---|---|
| **COLUMN TOTALS** | 16,007.93 | 16,007.93 |
| Less:Bank Transfer/CD's | 0.00 | 0.00 |
| **SUBTOTALS** | 16,007.93 | 16,007.93 |
| Less: Payments to Debtors | | 0.00 |
| **Net** | 16,007.93 | 16,007.93 |

| | | |
|---|---|---|
| All Accounts Gross Receipts: | 16,007.93 | |
| All Accounts Gross Disbursements: | 16,007.93 | |
| All Accounts Net: | 0.00 | |

| TOTAL-ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| ******7786 Checking Account | 16,007.93 | 16,007.93 | |
| **Net Totals** | 16,007.93 | 16,007.93 | 0.00 |